IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBIN LYNN S.[1],

        Plaintiff,

    v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

3:17-cv-1431-TC

ORDER

MCSHANE, Judge:

      Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 22), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

1 –ORDER

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 22) is adopted in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 15th day of March, 2018.

                                                _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                United States District Judge